UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

IN RE: Request from Portugal Pursuant
To the Agreement Between the Government
of the United States of America and the
European Union on Mutual Legal Assistance
In Criminal Matters in the Matter of
Luis Felipe Scolari
_____/

**DRAFT**
COMMISSIONER'S SUBPOENA

TO:

    I, commissioner Sean P. Cronin, an Assistant United States Attorney for the Southern District of Florida, acting pursuant to 18 U.S.C. § 3512 and this Court's order thereunder dated _____, for the purpose of rendering assistance to the Republic of Portugal, request that you provide before me in Room 400, in the building located at 99 NE 4th Street, in the city of Miami, in the state of Florida, on _____, 2014, at _____ a.m./p.m. to provide documents regarding an alleged violation of: the criminal laws of the Republic of Portugal, namely, Aggravated Tax Fraud and Money Laundering, Articles 103 and 104 of the General Regime on Tax Offenses and to Section 368-A, paragraphs 1-4 of the Portuguese Criminal Code; and that at the place and time aforesaid you provide the following:

**[identify documents, etc., to be produced]**

EXHIBIT 3

For production of documents, in lieu of appearing at the place and time aforesaid, you may make arrangements with **[Special Agent** _____ **or other identified person, at telephone number]** to deliver them at your address, no later than _____, 2014.

For failure to attend and provide said documents, you may be deemed guilty of contempt and liable to penalties under the law.

Dated: _____

_____
COMMISSIONER SEAN P. CRONIN
Assistant United States Attorney
99 NE 4th Street
Miami, FL 33132
Telephone (305)961-9194